PAUL J. CAMBRIA, JR., ESQ. (State Bar No. 177957)
JONATHAN W. BROWN, ESQ. (State Bar No. 223901)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
(716) 849-1333

MARK S. HOFFMAN, ESQ. (State Bar No. 108400)
LABOWE, LABOWE & HOFFMAN, LLP
1631 West Beverly Boulevard
Second Floor
Los Angeles, California
(213) 250-9800

Attorneys for Plaintiffs L.F.P., Inc.;
LFP IP, LLC; and LFP APPAREL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **L.F.P., INC.,** a California Corporation; **LFP IP, LLC.,** a California Limited Liability Company and its predecessors in interest; and **LFP APPAREL, LLC,** a California Limited Liability Company, <br><br> Plaintiffs, <br><br> vs. <br><br> **CAFEPRESS.COM, INC.** and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.: CV07-4401 GPS AJWx <br><br> **STIPULATION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT CAFEPRESS.COM, INC. WITH PREJUDICE** |

   IT IS HEREBY STIPULATED and agreed, by and between each of the plaintiffs and defendant CafePress.com, Inc. ("CafePress"), through their respective counsel of record, that between them they have reached a settlement

resolving all claims at issue in this case and that all claims for relief alleged herein against CafePress be dismissed with prejudice.

Each party shall bear its own attorneys' fees and costs of suit.

**IT IS SO STIPULATED.**

DATED: June 15, 2008          LIPSITZ GREEN SCIME CAMBRIA LLP


By: ____/s/ Jonathan W. Brown_____
Paul J. Cambria, Jr., Esq. (SBN 177957)
Jonathan W. Brown, Esq. (SBN 223901)
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone (716) 849-1333

-and-

LABOWE, LABOWE, & HOFFMAN, LLP
1631 West Beverly Boulevard
Second Floor
Los Angeles, California
Telephone (213) 250-9800

DATED: June 15, 2008          MANATT, PHELPS & PHILLIPS, LLP


By: ____/s/ Jill M. Pietrini_____
Jill M. Pietrini, Esq. (SBN 138335)
E-Mail: jpietrini@manatt.com
Raphael A. Gutiérrez, Esq. (SBN 215207)
E-Mail: rgutierrez@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile:  (310) 312-4224
Attorneys for Defendant,
CAFEPRESS.COM, INC.