| | |
|---|---|
| 1 | PAUL J. CAMBRIA, JR., ESQ. (State Bar No. 177957) |
| 2 | JONATHAN W. BROWN, ESQ. (State Bar No. 223901) |
| | LIPSITZ GREEN SCIME CAMBRIA LLP |
| 3 | 42 Delaware Avenue, Suite 120 |
| | Buffalo, New York 14202 |
| 4 | (716) 849-1333 |
| 5 | MARK S. HOFFMAN, ESQ. (State Bar No. 108400) |
| | LABOWE, LABOWE & HOFFMAN, LLP |
| 6 | 1631 West Beverly Boulevard |
| | Second Floor                              E-FILED 06/16/08 |
| 7 | Los Angeles, California                   JS-6 |
| | (213) 250-9800 |

Attorneys for Plaintiffs L.F.P., Inc.;
LFP IP, LLC; and LFP APPAREL, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **L.F.P., INC.,** a California Corporation; **LFP IP, LLC.,** a California Limited Liability Company and its predecessors in interest; and **LFP APPAREL, LLC,** a California Limited Liability Company, | Case No.: CV07-4401 PSG AJWx<br><br>**[PROPOSED] ORDER RE: DISMISSAL OF CLAIMS AGAINST DEFENDANT CAFEPRESS.COM, INC. WITH PREJUDICE** |
| Plaintiffs, | |
| vs. | |
| **CAFEPRESS.COM, INC.** and DOES 1 through 10 inclusive, | |
| Defendants. | |

1

# ORDER OF DISMISSAL

IT IS HEREBY ORDERED THAT the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The parties will bear their own attorneys' fees and costs of suit.

**IT IS SO ORDERED.**

DATED: _06/16/____, 2008         By:__**PHILIP S. GUTIERREZ**_____
                                 Honorable Philip S. Gutierrez
                                 United States District Court Judge